IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| ALEXIS GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> CUSTOM FRAMING ENTERPRISE LLC, *et al.*, <br><br> Defendants. | Civil Action No. 4:20-CV-00116-RBS-DEM |

**CONSENT ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLEADINGS**

Upon consideration of the Motion for Extension of Time to Respond to Pleadings filed herein on behalf of defendants CUSTOM FRAMING ENTERPRISE LLC and MARIAN SZWANCZAR, it is hereby ORDERED that said Defendants shall have until September 11, 2020, to file and serve an answer and/or motions in response to the Complaint.

Entered this 31st day of August, 2020

_____
Robert J. Krask
United States Magistrate Judge
United States Magistrate Judge

WE ASK FOR THIS:

_/S/_
Frank A. Edgar, Jr., Esq.
VSB No. 36833
Attorney for defendants Custom Framing Enterprise LLC, *et al.*
GOLDSTEIN, EDGAR & REAGAN
741 J. Clyde Morris Boulevard
Newport News, VA 23601
Telephone: (757) 873-8773
Facsimile: (757) 873-8713
Email: faedgarjr@ibglaw.com


SEEN AND AGREED:

_/S/_
Nicholas Cooper Marritz, Esq.
VSB No. 89795
Jason Blair Yarashes, Esq.
VSB No. 90211
Attorneys for plaintiff Alexis Gonzalez
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Telephone: (703) 778-3450
Facsimile: (703) 778-3454
Email: nicholas@justice4all.org
        jasony@justice4all.org