IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

ALEXIS GONZALEZ,

        Plaintiff,

v.

CUSTOM FRAMING ENTERPRISE LLC, *et al.*,

        Defendants.

Civil Action No. 4:20-CV-00116-RBS-RJK

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate and agree that Plaintiff's Complaint against Defendant shall be and hereby is dismissed in its entirety with prejudice and without costs to any party.

| **CUSTOM FRAMING ENTERPRISE LLC & MARIAN SZWANCZAR** | **ALEXIS GONZALEZ** |
|---|---|
| By: /s/ Frank A. Edgar, Jr.<br>Frank A. Edgar, Jr., Esq.<br>VSB No. 36833<br>Attorney for defendants Custom Framing Enterprise LLC & Marian Szwanczar<br>GOLDSTEIN, EDGAR & REAGAN<br>741 J. Clyde Morris Boulevard<br>Newport News, VA  23601<br>Telephone:  (757) 873-8773<br>Facsimile:  (757) 873-8713<br>Email: faedgarjr@ibglaw.com | By: /s/ Nicholas Cooper Marritz<br>Nicholas Cooper Marritz, Esq.<br>VSB No. 89795<br>Attorney for plaintiff Alexis Gonzalez<br><br>LEGAL AID JUSTICE CENTER<br>6066 Leesburg Pike, Suite 520<br>Falls Church, VA  22041<br>Telephone: (703) 778-3450<br>Facsimile: (703) 778-3454<br>Email: nicholas@justice4all.org |